IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS PEDDY,

       Petitioner,                  No. 2: 10-cv-1717 WBS CKD P

       vs.

GARY SWARTHOUT,

       Respondent.              ORDER

_____/

       Petitioner's application for writ of habeas corpus was denied and this case closed on September 18, 2012. (Dkt. Nos. 13, 14.) On October 11, 2012, petitioner filed in this court a request for the Ninth Circuit to appoint him counsel on appeal. Because this case is on appeal, this court lacks jurisdiction to grant the request. Williams v. Woodford, 384 F.3d 567, 586 (9th Cir. 20054) (citing Carriger v. Lewis, 971 F.2d 329, 332 (9th Cir. 1992) (en banc)). Accordingly, IT IS HEREBY ORDERED that petitioner's October 11, 2012 request for appointment of counsel (Dkt. No. 16) is denied. Other documents filed by petitioner after the closing date will be disregarded and no orders will issue in response to future filings.

Dated: November 28, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
pedd1717.158.AOC